IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 10-20804-CR-SEITZ
10-20806-CR-SEITZ

UNITED STATES OF AMERICA,

v.

MORRIS HENDERSON,
_____/

## AMENDED ORDER AMENDING TERM OF SUPERVISED RELEASE

THIS MATTER is before the Court *sua sponte*. As a result of Morris Henderson's successful completion of the Southern District of Florida's Court Assisted Re-Entry (CARE) Initiative, on March 12, 2020, the Court entered an Order reducing his term of supervised release in Case No. 10-20804-CR-SEITZ. That Order is now amended to reflect a reduced term of supervised release in both of Mr. Henderson's cases. Accordingly, it is

ORDERED and ADJUDGED that the Amended Judgment entered on July 26, 2011 imposing a three-year term of supervised release for Case No. 10-20804-CR-SEITZ, and a five-year term of supervised release for Case No. 10-20806-CR-SEITZ is modified as follows:

Defendant Henderson's term of supervised release shall be reduced by 12 months in each of his cases. His term of supervised release will now expire on August 21, 2020 in Case No. 10-20804-CR-SEITZ, and will expire on August 21, 2022 in Case No. 10-20806-CR-SEITZ. All other conditions of his supervised release shall remain in full force and effect.

DONE and ORDERED in Miami, Florida, this 31st day of March, 2020.

PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE

cc: All counsel of record
U.S. Probation Office